# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No.  22-CR-389 (TJK) |
| : | |
| ISAIAH GIDDINGS, : | |
| : | |
| Defendant.  : | |

## JOINT STATUS REPORT

The United States of America and defendant Isaiah Giddings respectfully submit this joint status report. The parties respectfully request that the Court not set a sentencing date at this time, as Giddings' potential cooperation is not yet complete. The parties respectfully propose that they submit another status report in approximately 60 days, by May 1, 2023.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:   /s/ Alexis J. Loeb_____
    ALEXIS J. LOEB
    CA Bar No. 269895
    NADIA E. MOORE
    NY Bar No. 4826566
    Assistant United States Attorneys (detailed)
    United States Attorney's Office for the
    District of Columbia
    601 D Street NW
    Washington, DC 20001
    Tel.: 415-432-7168
    E-mail: alexis.loeb@usdoj.gov

By:     /s/ Nancy MacEoin
        NANCY MACEOIN
        Federal Community Defender Office,
        Eastern District of Pennsylvania
        601 Walnut Street, Suite 540 West
        Philadelphia, PA 19106
        Email: NancyMacEoin@fd.org
        *Attorney for Isaiah Giddings*