IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.  22-CR-389 (TJK) |
| | : | |
| | : | |
| ISAIAH GIDDINGS, | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America and defendant Isaiah Giddings respectfully submit this joint status report.  The parties respectfully request that the Court not set a sentencing date at this time, as Giddings' potential cooperation is not yet complete.  The parties respectfully propose that they submit another status report in approximately 45 days, by June 15, 2023.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

By:    /s/ *Kyle M. McWaters*
          Kyle M. McWaters
          Assistant United States Attorney
          D.C. Bar No. 241625
          601 D Street NW
          Washington, DC 20003
          (202) 252-6983
          kyle.mcwaters@usdoj.gov


By:    /s/ Nancy MacEoin
          NANCY MACEOIN

                                                Federal Community Defender Office,
                                                Eastern District of Pennsylvania
                                                601 Walnut Street, Suite 540 West
                                                Philadelphia, PA 19106
                                                Email: NancyMacEoin@fd.org
                                                *Attorney for Isaiah Giddings*