IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.  22-CR-389 (TJK) |
| : | |
| : | |
| ISAIAH GIDDINGS, : | |
| : | |
| Defendant.   : | |

## JOINT STATUS REPORT

The United States of America and defendant Isaiah Giddings respectfully submit this joint status report.  The parties respectfully request that the Court not set a sentencing date at this time, as Giddings' potential cooperation is not yet complete.  The parties respectfully propose that they submit another status report in approximately 90 days, by September 15, 2023.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:    /s/ *Kyle M. McWaters*
         Kyle M. McWaters
         Assistant United States Attorney
         D.C. Bar No. 241625
         601 D Street NW
         Washington, DC 20003
         (202) 252-6983
         kyle.mcwaters@usdoj.gov

By:    /s/ Nancy MacEoin
         NANCY MACEOIN

Federal Community Defender Office,
Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
Email: NancyMacEoin@fd.org
*Attorney for Isaiah Giddings*