IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.  22-CR-389 (TJK) |
| | : | |
| ISAIAH GIDDINGS, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America and defendant Isaiah Giddings respectfully submit this joint status report.  The parties respectfully request that the Court not set a sentencing date at this time, as Giddings' potential cooperation is not yet complete.  The parties respectfully propose that they submit another status report in approximately 90 days, by September 17, 2024.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    /s/ Kyle M. McWaters
        Kyle M. McWaters
        Assistant United States Attorney
        D.C. Bar No. 241625
        601 D Street NW
        Washington, DC 20003
        (202) 252-6983
        kyle.mcwaters@usdoj.gov


By:    /s/ Nancy MacEoin
        NANCY MACEOIN

                                        Federal Community Defender Office,
                                        Eastern District of Pennsylvania
                                        601 Walnut Street, Suite 540 West
                                        Philadelphia, PA 19106
                                        Email: NancyMacEoin@fd.org
                                        *Attorney for Isaiah Giddings*