IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.  22-CR-389 (TJK) |
| | : | |
| | : | |
| ISAIAH GIDDINGS, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America and defendant Isaiah Giddings respectfully submit this joint status report.  The parties respectfully request that the Court set a sentencing date at this time.  The parties respectfully propose that the Court set this for a VTC status conference that works with the Court's schedule to set a sentencing date. Additionally, the parties note that Mr. Giddings has not yet had a Presentence Report interview.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov

By: /s/ Nancy MacEoin_____
NANCY MACEOIN

Federal Community Defender Office,
Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
Email: NancyMacEoin@fd.org
*Attorney for Isaiah Giddings*